IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00050-BNB

WILLIAM C. CRABBE,

    Applicant,

v.

B. DAVIS, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 2, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00050-BNB

William C. Crabbe
Reg No. 34408-013
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

Lisa A. Christian
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2|2|10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk