IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00050-REB-MEH

WILLIAM C. CRABBE,

    Applicant,

v.

B. DAVIS, Warden,

    Respondent.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    In light of this Court's July 9, 2010 Recommendation, Petitioner's Motion for Ruling [filed July 8, 2010; docket #14] is **denied as moot**.